■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK GENCO, Appellant. [718 NYS2d 608] —Appeal by the defendant from a judgment of the County Court, Westchester County (Smith, J.), rendered October 2, 1998, convicting him of criminal possession of stolen property in the third degree, criminal possession of stolen property in the fourth degree, grand larceny in the third degree, and grand larceny in the fourth degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant received the effective assistance of counsel (*see, People v Benevento,* 91 NY2d 708). His remaining contentions are without merit. S. Miller, J. P., Friedmann, Krausman and Florio, JJ., concur.